19436. CAMERON v. DOUGHERTY-LITTLE-REDWINE CO.

BELL, J. This case is controlled by the decision this day rendered in *Cameron* v. *Meador-Pasley Co.,* ante, 712.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*